Mary W. McKay, Executrix of Last Will and Testament of Dwight McKay, Deceased, and Leslie H. Whipp, Appellants, v. August A. Wilhelm, Appellee.

Gen. No. 43,925.

opinion filed May 19, 1947; released for publication June 3, 1947. Royal W. Irwin, for appellants; Seymour N. Cohen, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.